| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Almaden Associates, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **94-3266900** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7950 Dublin Blvd., Ste. 111**<br>**Dublin, CA**<br>ZIPCODE **94568** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Almaden Associates, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)              Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Almaden Associates, LLC** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) |

| Signature of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

(continuing columns below)

**Signature(s) of Debtor(s) (Individual/Joint)**

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

X */s/ Joel K. Belway*
Signature of Attorney for Debtor(s)

**Joel K. Belway 60556
Law Office of Joel K. Belway
235 Montgomery Street, Suite 668
San Francisco, CA 94104
(415) 788-1702  Fax: (415) 788-1517
belwaypc@pacbell.net**

**February 22, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Sidney Corrie, Jr.*
Signature of Authorized Individual

**Sidney Corrie, Jr.**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**February 22, 2010**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of California

**IN RE:**

Almaden Associates, LLC
<br>Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Bret Tuckman**<br>**641 Ferrara Way**<br>**Santa Barbara, CA 93105** | | | | **6,000.00** |
| **CHRIMS, Inc.**<br>**7950 Dublin Blvd., #216**<br>**Dublin, CA 94568** | | | | **5,734.75** |
| **MetroPCS, Inc.**<br>**1080 Marina Village Parkway, 4th Floor**<br>**Alameda, CA 94501** | | | | **5,000.00** |
| **Stephan & Ulrika Kristofersson**<br>**1611 SE 8th Street**<br>**Ft. Lauderdale, FL 33316** | | | | **5,000.00** |
| **Newport West Data Services, Inc.**<br>**2092 Omega Road, Suite J**<br>**San Ramon, CA 94583** | | | | **4,000.00** |
| **Cassara's Fine Men's Wear**<br>**7950 Dublin Blvd. #106**<br>**Dublin, CA 94568** | | | | **3,825.00** |
| **The Specific Chiropractic Center**<br>**7950 Dublin Blvd., #103b**<br>**Dublin, CA 94568** | | | | **3,749.00** |
| **The Patio And Fire Place**<br>**3426 Camino Tassajara**<br>**Danville, CA 94506** | | | | **3,675.00** |
| **C & J Construction**<br>**10 San Vicente Court**<br>**Danville, CA 94526** | | | | **3,645.00** |
| **Cal Bay Express**<br>**7950 Dublin Blvd. #206**<br>**Dublin, CA 94568** | | | | **3,297.00** |
| **Momentum Services Corp. (S2M)**<br>**8839 N. Cedar Avenue, Suite 1**<br>**Fresno, CA 93720** | | | | **3,000.00** |
| **Dr. Leida Stine**<br>**7950 Dublin Blvd. #101**<br>**Dublin, CA 94568** | | | | **2,750.00** |
| **Centurion Insurance**<br>**7950 Dublin Blvd., Suite 100**<br>**Dublin, CA 94568** | | | | **2,692.00** |
| **Competition Autowerks**<br>**18120 Bollinger Canyon Road #7**<br>**San Ramon, CA 94583** | | | | **2,625.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **Downey Chiropractic**<br>**7950 Dublin Blvd., #210**<br>**Dublin, CA  94568** | **2,500.00** |
| **Norman J. Sinai II**<br>**4827 Piper Glen Terrace**<br>**Dublin, CA  94568-7488** | **2,471.80** |
| **Ace Learning Center, Inc.**<br>**7950 Dublin Blvd. #104**<br>**Dublin, CA  94568** | **2,312.00** |
| **Morgan Electric, Inc.**<br>**18120 Bollinger Canyon Road**<br>**San Ramon, CA  94583** | **2,247.00** |
| **Sign Setters, LLC**<br>**18120 Bollinger Canyon Road, #4, Bay 3**<br>**San Ramon, CA  94568** | **2,100.00** |
| **Quickrunner, Inc.**<br>**100 Ryan Industrial Court**<br>**San Ramon, CA  94583-1527** | **1,800.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 22, 2010**          Signature: ___*/s/ Sidney Corrie, Jr.*___

**Sidney Corrie, Jr., Manager**
(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of California

IN RE:                                                    Case No. _____

**Almaden Associates, LLC** _____    Chapter **11** _____
Debtor(s)

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _____**7** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 22, 2010**

*/s/ Joel K. Belway* _____
Signature of Debtor's Attorney or Pro Per Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1st United Bank
633 South Federal Highway
Ft. Lauderdale, FL  33301


Aaron McCoy
2915 Lane Drive
Concord, CA  94518


Ace Learning Center, Inc.
7950 Dublin Blvd. #104
Dublin, CA  94568


Aerotech Logistics, Inc.
4665 Kingswod Drive
Danville, CA  94506


Alameda County Tax Collector
1221 Oak Street
Oakland, CA  94612


Alexander Lobodovsky (Sertec, Inc.)
3050 Fostoria Circle
Danville, CA  94526


American Home Pros., Inc.
2500 Old Crow Canyon Road, Suite 410
San Ramon, CA  94583


AT&T
P.O. Box 105503
Atlantic, GA  30348-5503


AudioMed., Inc. (John Buswold Dba)
16037 Valley View Avenue
Santa Fe Springs, CA  90670

```
B. Gordon Builders
37 Quil Court, Suite 100A
Walnut Creek, CA  94596


Bloch Family Limited Partnership
C/O Charles Bloch
30 Town & Country Drive
Danville, CA  94506


Bret Tuckman
641 Ferrara Way
Santa Barbara, CA  93105


Broward County Tax Collector
P.O. Box 29009
Ft. Lauderdale, CA  33302


C & J Construction
10 San Vicente Court
Danville, CA  94526


Cal Bay Express
7950 Dublin Blvd. #206
Dublin, CA  94568


Carole L. Corrie Revocable Trust
Sidney Corrie, Jr. Successor Trustee
7950 Dublin Blvd., Suite 111
Dublin, CA  94568


Cassara's Fine Men's Wear
7950 Dublin Blvd. #106
Dublin, CA  94568
```

Centurion Insurance
7950 Dublin Blvd., Suite 100
Dublin, CA  94568


Chicago Tile Co.
3210 Stoneridge Mall Road, Suite 320
Pleasanton, CA  94588


CHRIMS, Inc.
7950 Dublin Blvd., #216
Dublin, CA  94568


Competition Autowerks
18120 Bollinger Canyon Road #7
San Ramon, CA  94583


Contra Costa County Tax Collector
625 Court Street, Room 100
Martinez, CA  94553


Contra Costa Fire Equipment
P.O. Box 571
Oakland, CA  94522


Corrie Development Corporation
7950 Dublin Blvd., Suite 111
Dublin, CA  94568


Downey Chiropractic
7950 Dublin Blvd., #210
Dublin, CA  94568


Dr. Leida Stine
7950 Dublin Blvd. #101
Dublin, CA  94568

EBMUD Payment Center
P.O. Box 1000
Oakland, CA  94649-0001


FPL
General Mail Facility
Miami, FL  33188-0001


Great Forest Enterprises, Inc.
7950 Dublin Blvd., Suite 103
Dublin, CA  94568


ISenshu, LLC
7950 Dublin Blvd., #107
Dublin, CA  94568


James G. Holmes, Jr.
5 Stratford Court
Danville, CA  94506


Jinyu Jin Dba The Language Center
7950 Dublin Blvd., #102
Dublin, CA  94568


Kathty Oxley
Preschool Prep Company, LLC
P.O. Box 1159
Danville, CA  94526


Kevin Booth And Joseph Grant
Northern California Spine Institute
5725 West Las Positas #200
Pleasanton, CA  94588

Kristin Stotz
5653 Carlos Avenue, Apt. A
Richmond, CA  94804


Marcie McCourtie
5552 Walnut Street
Dublin, CA  94568


MetroPCS, Inc.
1080 Marina Village Parkway, 4th Floor
Alameda, CA  94501


Momentum Services Corp. (S2M)
8839 N. Cedar Avenue, Suite 1
Fresno, CA  93720


Morgan Electric
18120 Bollinger Canyon Road #10
San Ramon, CA  94583


Morgan Electric, Inc.
18120 Bollinger Canyon Road
San Ramon, CA  94583


Museum Of San Ramon Valley
P.O. Box 39
Danville, CA  94526


Newport West Data Services, Inc.
2092 Omega Road, Suite J
San Ramon, CA  94583


No. California Off Track Wagering, Inc.
7950 Dublin Blvd., #214
Dublin, CA  94568

Norman J. Sinai II
4827 Piper Glen Terrace
Dublin, CA  94568-7488


Northern Trust Bank
1100 East Las Olas Blvd.
Ft. Lauderdale, FL  33301


PACO Steel & Engineering Corp.
7950 Dublin Blvd., #208
Dublin, CA  94568


Pool Perfection
260 NE 43 Court
Fort Lauderdale, FL  33334


Premium Financing Specialists, Inc.
P.O. Box 100391
Pasadena, CA  91189-0391


Professional Convergence Solutions, Inc.
7950 Dublin Blvd., #108
Dublin, CA  94568


Quickrunner, Inc.
100 Ryan Industrial Court
San Ramon, CA  94583-1527


Rich Stieg Dba RKS Marketing
7950 Dublin Blvd., #303
Dublin, CA  94568


River Island Farms, Inc.
7950 Dublin Blvd., Suite 111
Dublin, CA  94568

Sign Setters, LLC
18120 Bollinger Canyon Road, #4, Bay 3
San Ramon, CA   94568


State Farm Mutual Automobile Insurance
7950 Dublin Blvd., #103a
Dublin, CA   94568


Stephan & Ulrika Kristofersson
1611 SE 8th Street
Ft. Lauderdale, FL   33316


Strizzi's Restaurants, Inc.
7950 Dublin Blvd., Suite 109
Dublin, CA   94568


T & M Cassara Clothiers
7950 Dublin Boulevard #106
Dublin, CA   94568


The Mechanics Bank
3107 Hilltop Mall Road
Richmond, CA   94806


The Patio And Fire Place
3426 Camino Tassajara
Danville, CA   94506


The Specific Chiropractic Center
7950 Dublin Blvd., #103b
Dublin, CA   94568