# United States Bankruptcy Court
# Northern District of California

**IN RE:**                                        Case No. _____

**Almaden Associates, LLC** _____   Chapter **11** _____
<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 32,035,000.00 | | |
| B - Personal Property | Yes | 3 | $ 22,943.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 10,744,862.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 1,421,337.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 26 | $ 32,057,943.16 | $ 12,166,199.48 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1609 Lawrence Road, Danville, CA**<br>**Small house & stable on 3 acres** | **Fee Simple** | | **1,147,500.00** | **7,721,348.00** |
| **1611 SE 8th Street, Ft. Lauderdale, FL 33316**<br>**"Rented" waterfront residence** | **Fee Simple** | | **2,000,000.00** | **584,376.00** |
| **1625 SE 11th Street, Ft. Lauderdale, FL 33316**<br>**"For Sale" waterfront residence** | **Fee Simple** | | **4,887,500.00** | **1,778,730.00** |
| **18120 Bollinger Canyon Road, San Ramon, CA 94583**<br>**22.7 acres of zoned industrial property with over 100,000 sq. ft.**<br>**of industrial and office buildings.** | **Fee Simple** | | **3,200,000.00** | **1,069,093.00** |
| **7950 Dublin Blvd., Dublin, CA 94568**<br>**Multi-Tenant Office Building** | **Fee Simple** | | **12,000,000.00** | **6,240,614.00** |
| **APN 211-010-023-3; APN 211-010-024-1; APN 211-010-032-4**<br>**147.8 acres in West San Ramon, Contra Costa**<br>**Hillside residential in general plan** | **Fee Simple** | | **6,250,000.00** | **708,185.00** |
| **APN 220-100-019-3; APN 220-100-007-8**<br>**Approximately 29+ acres at Camino Tassajara & Finley Rd.,**<br>**Danville, CA** | **Fee Simple** | | **2,550,000.00** | **363,864.00** |
| | | **TOTAL** | **32,035,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Almaden Associates, LLC</u>        Case No. _____

              Debtor(s)                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fremont Bank checking account**<br>**210 Railroad Avenue, Danville, CA 94526** | | **5,839.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC**                                  Case No. _____

<span>Debtor(s)</span>                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **accounts receivable as of 2/22/2010** | | **17,104.16** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **22,943.16** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

IN RE **Almaden Associates, LLC**                    Case No. _____

_____

(Debtor(s))                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC**                                   Case No. _____
_____
                    Debtor(s)                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1840** <br><br> **1st United Bank** <br> **633 South Federal Highway** <br> **Ft. Lauderdale, FL  33301** | X | | **2003** <br> **First deed of trust** <br> **Waterfront residence** <br> **Ft. Lauderdale, FL** <br><br> VALUE $ **4,887,500.00** | | | | 1,625,000.00 | |
| ACCOUNT NO. <br><br> **Alameda County Tax Collector** <br> **1221 Oak Street** <br> **Oakland, CA  94612** | | | **Current and past due property taxes** <br> **multi-tenant office building** <br> **Dublin, CA** <br><br> VALUE $ **12,000,000.00** | | | | 132,234.00 | |
| ACCOUNT NO. <br><br> **Bloch Family Limited Partnership** <br> **C/O Charles Bloch** <br> **30 Town & Country Drive** <br> **Danville, CA  94506** | X | | **2009** <br> **First deed of trust** <br> **29 acres of raw land** <br> **Danville, CA** <br><br> VALUE $ **2,550,000.00** | | | | 350,000.00 | |
| ACCOUNT NO. <br><br> **Broward County Tax Collector** <br> **P.O. Box 29009** <br> **Ft. Lauderdale, CA  33302** | | | **Current and past due property taxes** <br> **Waterfront residence** <br> **Ft. Lauderdale, FL** <br><br> VALUE $ **2,000,000.00** | | | | 65,100.00 | |

_____**2** continuation sheets attached

Subtotal
(Total of this page) $ **2,172,334.00** | $

Total
(Use only on last page) $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Almaden Associates, LLC _____ Case No. _____

Debtor(s)            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Broward County Tax Collector**<br>**P.O. Box 29009**<br>**Ft. Lauderdale, CA 33302** | | | **Current and past due property taxes**<br>**Waterfront residence**<br>**Ft. Lauderdale, FL**<br><br>VALUE $ **4,887,500.00** | | | | **153,730.00** | |
| ACCOUNT NO.<br>**Contra Costa County Tax Collector**<br>**625 Court Street, Room 100**<br>**Martinez, CA 94553** | | | **Current and past due property taxes**<br>**29 acres of raw land**<br>**Danville, CA**<br><br>VALUE $ **7,397,500.00** | | | | **12,435.00** | |
| ACCOUNT NO.<br>**Contra Costa County Tax Collector**<br>**625 Court Street, Room 100**<br>**Martinez, CA 94553** | | | **Current and past due property taxes**<br>**22.7 acres industrial w/buildings**<br>**San Ramon, CA**<br><br>VALUE $ **3,200,000.00** | | | | **118,560.00** | |
| ACCOUNT NO.<br>**Contra Costa County Tax Collector**<br>**625 Court Street, Room 100**<br>**Martinez, CA 94553** | | | **Current and past due property taxes**<br>**Approx. 147 acres**<br>**West San Ramon**<br>**Contra Costa County**<br><br>VALUE $ **6,250,000.00** | | | | **45,750.00** | |
| ACCOUNT NO.<br>**Contra Costa County Tax Collector**<br>**625 Court Street, Room 100**<br>**Martinez, CA 94553** | | | **Current and past due property taxes**<br>**1609 Lawrence Road, Danville, CA**<br><br>VALUE $ **2,550,000.00** | | | | **13,864.00** | |
| ACCOUNT NO. **5181**<br>**Northern Trust Bank**<br>**1100 East Las Olas Blvd.**<br>**Ft. Lauderdale, FL 33301** | X | | **7/2004**<br>**First deed of trust**<br>**Waterfront residence**<br><br>VALUE $ **2,000,000.00** | | | | **519,276.00** | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **863,615.00**   $

Total
(Use only on last page)   $   $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Almaden Associates, LLC** _____ Case No. _____
<span style="padding-left:2em">Debtor(s)</span> <span style="padding-left:20em">(If known)</span>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1602** <br><br>**The Mechanics Bank** <br>**3107 Hilltop Mall Road** <br>**Richmond, CA  94806** | X | | **2000** <br>**First deed of trust** <br>**Multi-tenant office building** <br>**Dunlin, CA** <br><br> VALUE $ **13,147,500.00** | | | | **6,108,380.00** | |
| ACCOUNT NO. **7387** <br><br>**The Mechanics Bank** <br>**3170 Hilltop Mall Road** <br>**Richmond, CA  94806** | X | | **1998** <br>**Approx. 147 acres** <br>**West San Ramon** <br>**Contra Costa County** <br><br> VALUE $ **7,397,500.00** | | | | **650,000.00** | |
| ACCOUNT NO. **7996** <br><br>**The Mechanics Bank** <br>**3170 Hilltop Mall Road** <br>**Richmond, CA  94806** | X | | <br><br><br> VALUE $ **4,347,500.00** | | | | **950,533.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____**2**____ of _____**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **7,708,913.00** $

Total
(Use only on last page) $ **10,744,862.00** $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

<span style="writing-mode:vertical">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

**IN RE** <u>Almaden Associates, LLC</u> _____  Case No. _____
<span style="padding-left:2em">Debtor(s)</span>   <span style="padding-left:2em">(If known)</span>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Almaden Associates, LLC**        Case No. _____
             Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ldg1** <br><br>**Aaron McCoy** <br>**2915 Lane Drive** <br>**Concord, CA 94518** | | | **7/1/2008** <br>**Lease deposit** | | | | **200.00** |
| ACCOUNT NO. **104** <br><br>**Ace Learning Center, Inc.** <br>**7950 Dublin Blvd. #104** <br>**Dublin, CA 94568** | X | | **1/1/2005** <br>**Lease deposit** | | | | **2,312.00** |
| ACCOUNT NO. **207** <br><br>**Aerotech Logistics, Inc.** <br>**4665 Kingswod Drive** <br>**Danville, CA 94506** | X | | **9/1/2005** <br>**Lease deposit** | | | | **1,175.00** |
| ACCOUNT NO. **dg3B** <br><br>**Alexander Lobodovsky (Sertec, Inc.)** <br>**3050 Fostoria Circle** <br>**Danville, CA 94526** | | | **7/18/2005** <br>**Lease deposit** | | | | **1,300.00** |

     **9** continuation sheets attached

| | Subtotal <br>(Total of this page) | $ | **4,987.00** |
|---|---|---|---|
| | Total <br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Almaden Associates, LLC      Case No. _____

          Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bay1** <br><br> American Home Pros., Inc. <br> 2500 Old Crow Canyon Road, Suite 410 <br> San Ramon, CA 94583 | | | 5/1/2009 <br> Lease deposit | | | | 1,050.00 |
| ACCOUNT NO. **rage** <br><br> Anthony Avelar <br> Dba Knockout Transportation <br> 8083 Iglesia Drive <br> Dublin, CA 94568 | | | 12/1/2007 <br> Lease deposit | | | | 0.00 |
| ACCOUNT NO. <br><br> AT&T <br> Payment Center <br> Sacramento, CA 95887-0001 | | | Phone services 2/7, 2/11/2010 | | | | 62.93 |
| ACCOUNT NO. <br><br> AT&T <br> P.O. Box 105503 <br> Atlanta, GA 30348-5503 | | | phone service 2/4/2010 | | | | 57.42 |
| ACCOUNT NO. **207B** <br><br> AudioMed., Inc. (John Buswold Dba) <br> 16037 Valley View Avenue <br> Santa Fe Springs, CA 90670 | X | | 11/1/2009 <br> Lease deposit | | | | 407.55 |
| ACCOUNT NO. **dg2B** <br><br> B. Gordon Builders <br> 37 Quil Court, Suite 100A <br> Walnut Creek, CA 94596 | | | 2/6/2010 <br> Lease deposit | | | | 1,544.00 |
| ACCOUNT NO. <br><br> Bay Alarm <br> P.O. Box 7137 <br> San Francisco, CA 94120-7137 | | | | | | | 922.50 |

Sheet no. ____**1**____ of ____**9**____ continuation sheets attached to                 Subtotal <br> Schedule of Creditors Holding Unsecured Nonpriority Claims         (Total of this page)    $    **4,044.40**

                                           Total <br> (Use only on last page of the completed Schedule F. Report also on <br> the Summary of Schedules, and if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Almaden Associates, LLC</u>         Case No. _____
                 Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3B3D**<br><br>**C & J Construction**<br>**10 San Vicente Court**<br>**Danville, CA 94526** | | | **12/15/2005**<br>**Lease deposit** | | | | **3,648.00** |
| ACCOUNT NO. **206**<br><br>**Cal Bay Express**<br>**7950 Dublin Blvd. #206**<br>**Dublin, CA 94568** | X | | **5/1/2008**<br>**Lease deposit** | | | | **3,297.00** |
| ACCOUNT NO.<br><br>**Carrier Corporation**<br>**P.O. Box 93844**<br>**Chicago, IL 60673-3844** | | | **HVAC maintenance & repairs 2/2010** | | | | **2,561.42** |
| ACCOUNT NO. **106**<br><br>**Cassara's Fine Men's Wear**<br>**7950 Dublin Blvd. #106**<br>**Dublin, CA 94568** | X | | **4/1/2005**<br>**Lease deposit** | | | | **3,825.00** |
| ACCOUNT NO. **100**<br><br>**Centurion Insurance**<br>**7950 Dublin Blvd., Suite 100**<br>**Dublin, CA 94568** | X | | **9/1/1993**<br>**Lease deposit** | | | | **2,692.00** |
| ACCOUNT NO. **ldg5**<br><br>**Chicago Tile Co.**<br>**3210 Stoneridge Mall Road, Suite 320**<br>**Pleasanton, CA 94588** | | | **8/1/2008**<br>**Lease deposit** | | | | **500.00** |
| ACCOUNT NO. **216**<br><br>**CHRIMS, Inc.**<br>**7950 Dublin Blvd., #216**<br>**Dublin, CA 94568** | X | | **6/1/2007**<br>**Lease deposit** | | | | **5,734.75** |

Sheet no. ____ **2** of ____ **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
                (Total of this page)    $ **22,258.17**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC** _____ Case No. _____
       Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City Of Ft. Lauderdale Municipal Service** <br> P.O. Box 31687 <br> Tampa, FL  33631-3687 | | | Utilities 1/12/2010 - 2/11/2010 | | | | 19.60 |
| ACCOUNT NO. **7A7C** <br> **Competition Autowerks** <br> 18120 Bollinger Canyon Road #7 <br> San Ramon, CA  94583 | | | 6/1/2006 <br> Lease deposit | | | | 2,625.00 |
| ACCOUNT NO. <br> **Contra Costa Fire Equipment** <br> P.O. Box 571 <br> Oakland, CA  94522 | | | | | | | 1,097.00 |
| ACCOUNT NO. <br> **Corrie Development Corporation** <br> 7950 Dublin Blvd., Suite 111 <br> Dublin, CA  94568 | X | | various cash advances | | | | 1,181,369.00 |
| ACCOUNT NO. **210** <br> **Downey Chiropractic** <br> 7950 Dublin Blvd., #210 <br> Dublin, CA  94568 | X | | 10/10/2008 <br> Lease deposit | | | | 2,500.00 |
| ACCOUNT NO. **101** <br> **Dr. Leida Stine, D.D.S.** <br> 7950 Dublin Blvd. #101 <br> Dublin, CA  94568 | X | | 7/1/2003 <br> Lease deposit | | | | 2,750.00 |
| ACCOUNT NO. <br> **EBMUD Payment Center** <br> P.O. Box 1000 <br> Oakland, CA  94649-0001 | | | Utilities 12/2/2009 - 2/4/2010 | | | | 880.52 |

Sheet no. ____**3**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **1,191,241.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC** _____ Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FPL**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | | | Utilities 1/6/2010 - 2/5/2010 | | | | 210.97 |
| ACCOUNT NO. **310**<br>**Great Forest Enterprises, Inc.**<br>**7950 Dublin Blvd., Suite 103**<br>**Dublin, CA 94568** | X | | 4/1/2006<br>Lease deposit | | | | 730.00 |
| ACCOUNT NO. **107**<br>**ISenshu, LLC**<br>**7950 Dublin Blvd., #107**<br>**Dublin, CA 94568** | X | | 10/17/2008<br>Lease deposit | | | | 650.00 |
| ACCOUNT NO. **dg7B**<br>**James G. Holmes, Jr.**<br>**5 Stratford Court**<br>**Danville, CA 94506** | | | 5/13/2003<br>Lease deposit | | | | 1,000.00 |
| ACCOUNT NO. **102**<br>**Jinyu Jin Dba The Language Center**<br>**7950 Dublin Blvd., #102**<br>**Dublin, CA 94568** | X | | 7/1/2009<br>Lease deposit | | | | 1,089.70 |
| ACCOUNT NO. **dg5B**<br>**Kathy Oxley**<br>**Preschool Prep Company, LLC**<br>**P.O. Box 1159**<br>**Danville, CA 94526** | | | 12/1/2009<br>Lease deposit | | | | 639.00 |
| ACCOUNT NO. **dg4E**<br>**Kevin Booth And Joseph Grant**<br>**Northern California Spine Institute**<br>**5725 West Las Positas #200**<br>**Pleasanton, CA 94588** | | | 7/1/2006<br>Lease deposit | | | | 1,200.00 |

Sheet no. ____**4**___ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,519.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Almaden Associates, LLC _____ Case No. _____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Killroy Pest Control**<br>**1175 Dell Avenue**<br>**Campbell, CA  95008** | | | **Pest control 2/2010** | | | | 80.00 |
| ACCOUNT NO. **dg4F**<br>**Kristin Stotz**<br>**5653 Carlos Avenue, Apt. A**<br>**Richmond, CA  94804** | | | **10/15/2008**<br>**Lease deposit** | | | | 200.00 |
| ACCOUNT NO. **311**<br>**Marcie McCourtie dba Chitter Chatter**<br>**5552 Walnut Street**<br>**Dublin, CA  94568** | X | | **1/1/2010**<br>**Lease deposit** | | | | 728.00 |
| ACCOUNT NO. **Roof**<br>**MetroPCS, Inc.**<br>**1080 Marina Village Parkway, 4th Floor**<br>**Alameda, CA  94501** | | | **8/1/2001**<br>**Lease deposit** | | | | 5,000.00 |
| ACCOUNT NO. **dg2C**<br>**Momentum Services Corp. (S2M)**<br>**8839 N. Cedar Avenue, Suite 1**<br>**Fresno, CA  93720** | | | **11/1/2005**<br>**Lease deposit** | | | | 3,000.00 |
| ACCOUNT NO. **dg10**<br>**Morgan Electric, Inc.**<br>**18120 Bollinger Canyon Road #10**<br>**San Ramon, CA  94583** | | | **12/1/2004**<br>**Lease deposit** | | | | 1,500.00 |
| ACCOUNT NO.<br>**Morgan Electric, Inc.**<br>**18120 Bollinger Canyon Road**<br>**San Ramon, CA  94583** | | | **Electrical Repairs 1/20/2010** | | | | 2,247.00 |

Sheet no. ____5____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **12,755.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Almaden Associates, LLC** _____ Case No. _____
                Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mother Nature Hang-Ups**<br>**105 Eileen Lane**<br>**Concord, CA 94518** | | | **Plant maintenance 2/2010** | | | | **185.00** |
| ACCOUNT NO. **dg4A**<br>**Museum Of San Ramon Valley**<br>**P.O. Box 39**<br>**Danville, CA 94526** | | | **7/1/2006**<br>**Lease deposit** | | | | **750.00** |
| ACCOUNT NO. **dg2A**<br>**Newport West Data Services, Inc.**<br>**2092 Omega Road, Suite J**<br>**San Ramon, CA 94583** | | | **11/1/2004**<br>**Lease deposit** | | | | **4,000.00** |
| ACCOUNT NO.<br>**No. California Off Track Wagering, Inc.**<br>**7950 Dublin Blvd., #214**<br>**Dublin, CA 94568** | X | | **6/1/2007**<br>**Lease deposit** | | | | **1,382.50** |
| ACCOUNT NO. **209**<br>**Norman J. Sinai II**<br>**4827 Piper Glen Terrace**<br>**Dublin, CA 94568-7488** | X | | **4/1/2007**<br>**Lease deposit** | | | | **2,471.80** |
| ACCOUNT NO. **208**<br>**PACO Steel & Engineering Corp.**<br>**7950 Dublin Blvd., #208**<br>**Dublin, CA 94568** | X | | **1/1/2008**<br>**Lease deposit** | | | | **1,555.50** |
| ACCOUNT NO. **iler**<br>**Paul Philips**<br>**18124 Bollinger Canyon Road**<br>**San Ramon, CA 94583** | | | **7/1/2000**<br>**Lease deposit** | | | | **0.00** |

Sheet no. ____**6**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **10,344.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Almaden Associates, LLC</u>      Case No. _____
<br>Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-lr; transform: rotate(180deg);">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Pool Perfection**<br>**260 NE 43 Court**<br>**Fort Lauderdale, FL 33334** | | | Pool Service 2/2010 | | | | **150.00** |
| ACCOUNT NO. <br><br>**Premium Financing Specialists, Inc.**<br>**P.O. Box 100391**<br>**Pasadena, CA 91189-0391** | | | | | | | **801.00** |
| ACCOUNT NO. **108** <br><br>**Professional Convergence Solutions, Inc.**<br>**7950 Dublin Blvd., #108**<br>**Dublin, CA 94568** | X | | 2/1/2005<br>**Lease deposit** | | | | **1,000.00** |
| ACCOUNT NO. **dg4C** <br><br>**Quickrunner, Inc.**<br>**100 Ryan Industrial Court**<br>**San Ramon, CA 94583-1527** | | | 3/3/2005<br>**Lease deposit** | | | | **1,800.00** |
| ACCOUNT NO. **303** <br><br>**Rich & Kathryn Stieg Dba RKS Marketing**<br>**7950 Dublin Blvd., #303**<br>**Dublin, CA 94568** | X | | 7/1/2009<br>**Lease deposit** | | | | **522.00** |
| ACCOUNT NO. <br><br>**River Island Farms, Inc.**<br>**7950 Dublin Blvd., Suite 111**<br>**Dublin, CA 94568** | | | various cash advances | | | | **141,500.00** |
| ACCOUNT NO. **3814** <br><br>**Security Networks**<br>**3223 Commerce Place, Suite 101**<br>**West Plam Beach, FL 33407** | | | Security Service 3/1 - 3/31/2010 | | | | **37.05** |

Sheet no. ___**7**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **145,810.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

IN RE **Almaden Associates, LLC**                                    Case No. _____
_____
Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **dg4D**<br>**Sign Setters, LLC**<br>**18120 Bollinger Canyon Road, #4, Bay 3**<br>**San Ramon, CA  94568** | | | 11/30/2006<br>**Lease deposit** | | | | 2,100.00 |
| ACCOUNT NO. **103A**<br>**State Farm Mutual Automobile Insurance**<br>**7950 Dublin Blvd., #103a**<br>**Dublin, CA  94568** | X | | 2/15/2004<br>**Lease deposit** | | | | 595.88 |
| ACCOUNT NO. **1611**<br>**Stephan & Ulrika Kristofersson**<br>**1611 SE 8th Street**<br>**Ft. Lauderdale, FL  33316** | | | 2/1/2008<br>**Lease deposit** | | | | 5,000.00 |
| ACCOUNT NO. **109**<br>**Strizzi's Restaurants, Inc.**<br>**7950 Dublin Blvd., Suite 109**<br>**Dublin, CA  94568** | X | | 8/1/1998<br>**Lease deposit** | | | | 1,720.00 |
| ACCOUNT NO. **dg4G**<br>**T & M Cassara Clothiers**<br>**7950 Dublin Boulevard #106**<br>**Dublin, CA  94568** | | | 9/1/2008<br>**Lease deposit** | | | | 400.00 |
| ACCOUNT NO. **dg3A**<br>**The Patio And Fire Place**<br>**3426 Camino Tassajara**<br>**Danville, CA  94506** | | | 11/1/1998<br>**Lease deposit** | | | | 3,675.00 |
| ACCOUNT NO. **130B**<br>**The Specific Chiropractic Center**<br>**7950 Dublin Blvd., #103b**<br>**Dublin, CA  94568** | X | | 5/1/2006<br>**Lease deposit** | | | | 3,749.00 |

Sheet no. ____**8**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,239.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Almaden Associates, LLC**                                    Case No. _____

_____
Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Town & Country**<br>**2570 San Ramon Valley Blvd., Suite A102**<br>**San Ramon, CA  94583** | | | **Janitorial maintenance 1/10-2/10**<br>**Janitorial suppolies 12/09-2/10** | | | | **6,897.39** |
| ACCOUNT NO.  **306**<br>**You Ding And Amy Huang**<br>**Farmers Insurance**<br>**227 S. Vera Cruz Blvd.**<br>**Mountain House, CA  95391** | X | | **2/17/2010**<br>**Lease deposit** | | | | **240.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**9**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **7,137.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $   **1,421,337.48**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Almaden Associates, LLC _____ Case No. _____
_____  _____
Debtor(s)                                                     (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kristin Stotz<br>5653 Carlos Avenue, Apt. A<br>Richmond, CA 94804 | Industrial Warehouse Lease dtd 10/15/2008<br><br>Expiration: month-to-month |
| The Patio And Fire Place<br>Roger & Beth Hill<br>3426 Camino Tassajara<br>Danville, CA 94506 | Industrial Warehouse Lease dtd 11/1/1998<br>Approx. 5,330 sq. ft.<br>Expiration: 4/30/2010 |
| Newport West Data Services, Inc.<br>John Harker<br>2092 Omega Road, Suite J<br>San Ramon, CA 94583 | Industrial Warehouse Lease dtd 11/1/2004<br>Approx. 8,000 sq. ft.<br>Expiration: 5/31//2010 |
| Momentum Services Corp. (S2M)<br>Winson Hong<br>8839 N. Cedar Avenue, Suite 1<br>Fresno, CA 93720 | Industrial Warehouse Lease dtd 11/1/2005<br>Approx. 3,550 sq. ft.<br>Expiration: 12/31/2012 |
| Sign Setters, LLC<br>Kenny DeFlores<br>18120 Bollinger Canyon Road, #4, Bay 3<br>San Ramon, CA 94568 | Industrial Warehouse Lease dtd 11/30/2006<br>Approx. 3,500 sq. ft.<br>Expiration: 5/31/2010 |
| Morgan Electric<br>Michael Matter<br>18120 Bollinger Canyon Road #10<br>San Ramon, CA 94583 | Industrial Warehouse Lease dtd 12/1/2004<br>Approx. 1,500 sq. ft.<br>Expiration:4/30/2011 |
| Anthony Avelar<br>Dba Knockout Transportation<br>8083 Iglesia Drive<br>Dublin, CA 94568 | Industrial Warehouse Lease dtd 12/1/2007<br>Truck storage<br>Expiration: month-to-month |
| Kathy Oxley<br>Preschool Prep Company, LLC<br>P.O. Box 1159<br>Danville, CA 94526 | Industrial Warehouse Lease dtd 12/1/2009<br>Approx. 1,516 sq. ft.<br>Expiration: 11/30/2010 |
| C & J Construction<br>Chris French<br>10 San Vicente Court<br>Danville, CA 94526 | Industrial Warehouse Lease dtd 12/15/2005<br>Approx. 5,240 sq. ft. (+yard space)<br>Expiration: 12/31/2010 |
| B. Gordon Builders<br>Bryan Gordan<br>37 Quil Court, Suite 100A<br>Walnut Creek, CA 94596 | Industrial Warehouse Lease dtd 2/6/2010<br>Approx. 2,450 sq. ft.<br>Expiration: 2/28/2012 |
| Quickrunner, Inc.<br>Sam Ghaben<br>100 Ryan Industrial Court<br>San Ramon, CA 94583-1527 | Industrial Warehouse Lease dtd 3/3/2005<br>Approx. 3,000 sq. ft.<br>Expiration: 6/30/2010 |
| American Home Pros., Inc.<br>Kuldip Kundra<br>2500 Old Crow Canyon Road, Suite 410<br>San Ramon, CA 94583 | Industrial Warehouse Lease dtd 5/1/2009<br>Approx. 1,500 sq. ft.<br>Expiration: 1/31/2012 |
| James G. Holmes, Jr.<br>5 Stratford Court<br>Danville, CA 94506 | Industrial Warehouse Lease dtd 5/13/2003<br>Approx. 2,425 sq. ft.<br>Expiration: 12/31/2010 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Almaden Associates, LLC</u>                          Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Competition Autowerks**<br>**Tom Wickersham**<br>**18120 Bollinger Canyon Road #7**<br>**San Ramon, CA  94583** | **Industrial Warehouse Lease dtd 6/1/2006**<br>**Approx. 7,350 sq. ft.**<br>**Expiration: 5/31/2010** |
| **Paul Philips**<br>**18124 Bollinger Canyon Road**<br>**San Ramon, CA  94583** | **Industrial Warehouse Lease dtd 7/1/2000**<br><br>**Expiration: month-to-month** |
| **Kevin Booth And Joseph Grant**<br>**Northern California Spine Institute**<br>**5725 West Las Positas #200**<br>**Pleasanton, CA  94588** | **Industrial Warehouse Lease dtd 7/1/2006**<br>**Approx. 2,000 sq. ft.**<br>**Expiration: 5/31/2010** |
| **Museum Of San Ramon Valley**<br>**Jim Lane**<br>**P.O. Box 39**<br>**Danville, CA  94526** | **Industrial Warehouse Lease dtd 7/1/2006**<br>**Approx. 1,500 sq. ft.**<br>**Expiration: 5/31/2010** |
| **Aaron McCoy**<br>**2915 Lane Drive**<br>**Concord, CA  94518** | **Industrial Warehouse Lease dtd 7/1/2008**<br>**Approx. 400 sq. ft.**<br>**Expiration: month-to-month** |
| **Alexander Lobodovsky (Sertec, Inc.)**<br>**3050 Fostoria Circle**<br>**Danville, CA  94526** | **Industrial Warehouse Lease dtd 7/15/2005**<br>**Approx. 2,600 sq. ft.**<br>**Expiration: 12/31/2011** |
| **Chicago Tile Co.**<br>**Fran Baskin**<br>**3210 Stoneridge Mall Road, Suite 320**<br>**Pleasanton, CA  94588** | **Industrial Warehouse Lease dtd 8/1/2008**<br>**Approx. 9,423 sq. ft.**<br>**Expiration: month-to-month** |
| **T & M Cassara Clothiers**<br>**Tony & Mary Cassara**<br>**7950 Dublin Boulevard #106**<br>**Dublin, CA  94568** | **Industrial Warehouse Lease dtd 9/1/2008** |
| **Corrie Development Corporation**<br>**7950 Dublin Blvd., Suite 111**<br>**Dublin, CA  94568** | **Office Building Lease dtd 1/1/2001**<br>**Approx. 2,050 sq. ft.**<br>**Expiration: month-to-month** |
| **Ace Learning Center, Inc.**<br>**John Seo**<br>**7950 Dublin Blvd. #104**<br>**Dublin, CA  94568** | **Office Building Lease dtd 1/1/2005**<br>**Approx. 1,321 sq. ft.**<br>**Expiration: 4/1/2010** |
| **PACO Steel & Engineering Corp.**<br>**7950 Dublin Blvd., #208**<br>**Dublin, CA  94568** | **Office Building Lease dtd 1/1/2008**<br>**Approx. 910 sq. ft.**<br>**Expiration: 3/31/2011** |
| **Marcie McCourtie dba Chitter Chatter**<br>**5552 Walnut Street**<br>**Dublin, CA  94568** | **Office Building Lease dtd 1/1/2010**<br>**Approx. 319 sq. ft.**<br>**Expiration: 1/31/2012** |
| **Downey Chiropractic**<br>**Patricia Downey**<br>**7950 Dublin Blvd., #210**<br>**Dublin, CA  94568** | **Office Building Lease dtd 10/10/2008**<br>**Approx. 1,556 sq. ft.**<br>**Expiration: 10/31/2013** |
| **ISenshu, LLC**<br>**Bob Igucci**<br>**7950 Dublin Blvd., #107**<br>**Dublin, CA  94568** | **Office Building Lease dtd 10/17/2008**<br>**Approx. 325 sq. ft.**<br>**Expiration: month-to-month** |
| **AudioMed., Inc. (John Buswold Dba)**<br>**16037 Valley View Avenue**<br>**Santa Fe Springs, CA  90670** | **Office Building Lease dtd 11/1/2009**<br>**Approx. 247 sq. ft.**<br>**Expiration: 10/31/2010** |
| **Professional Convergence Solutions, Inc.**<br>**7950 Dublin Blvd., #108** | **Office Building Lease dtd 2/1/2005**<br>**Approx. 594 sq. ft.** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Almaden Associates, LLC                            Case No. _____

<div align="center">Debtor(s)                                           (If known)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Dublin, CA 94568 | Expiration: 3/31/2013 |
| **State Farm Mutual Automobile Insurance**<br>**Leslie Wolf**<br>**7950 Dublin Blvd., #103a**<br>**Dublin, CA 94568** | **Office Building Lease dtd 2/15/2004**<br>**Approx. 1,362 sq. ft.**<br>**Expiration: 3/31/2010** |
| **You Ding And Amy Huang**<br>**Farmers Insurance**<br>**227 S. Vera Cruz Blvd.**<br>**Mountain House, CA 95391** | **Office Building Lease dtd 2/17/2010**<br>**Approx. 155 sq. ft.**<br>**Expiration: 2/28/2011** |
| **Cassara's Fine Men's Wear**<br>**Tony & Mary Cassara**<br>**7950 Dublin Blvd. #106**<br>**Dublin, CA 94568** | **Office Building Lease dtd 4/1/2005**<br>**Approx. 2,507 sq. ft.**<br>**Expiration: 3/31/2010** |
| **Great Forest Enterprises, Inc.**<br>**Cathie Liao**<br>**7950 Dublin Blvd., Suite 103**<br>**Dublin, CA 94568** | **Office Building Lease dtd 4/1/2006**<br>**Approx. 182 sq. ft.**<br>**Expiration: 2/28/2012** |
| **Norman J. Sinai II**<br>**4827 Piper Glen Terrace**<br>**Dublin, CA 94568-7488** | **Office Building Lease dtd 4/1/2007**<br>**Approx. 985 sq. ft.**<br>**Expiration: 8/14/2010** |
| **The Specific Chiropractic Center**<br>**Paige VanSlooten & Shawn Dill**<br>**7950 Dublin Blvd., #103b**<br>**Dublin, CA 94568** | **Office Building Lease dtd 5/1/2006**<br>**Approx. 2,343 sq. ft.**<br>**Expiration: 2/28/2013** |
| **Cal Bay Express**<br>**Sonny Duong**<br>**7950 Dublin Blvd. #206**<br>**Dublin, CA 94568** | **Office Building Lease dtd 5/1/2008**<br>**Approx. 2,061 sq. ft.**<br>**Expiration: 4/30/2011** |
| **CHRIMS, Inc.**<br>**Patrice Van Dussen**<br>**7950 Dublin Blvd., #216**<br>**Dublin, CA 94568** | **Office Building Lease dtd 6/1/2007**<br>**Approx. 3,822 sq. ft.**<br>**Expiration: 9/1/2012** |
| **No. California Off Track Wagering, Inc.**<br>**Patrice Can Dussen**<br>**7950 Dublin Blvd., #214**<br>**Dublin, CA 94568** | **Office Building Lease dtd 6/1/2007**<br>**Approx. 790 sq. ft.**<br>**Expiration: 9/1/2012** |
| **Dr. Leida Stine, D.D.S.**<br>**7950 Dublin Blvd. #101**<br>**Dublin, CA 94568** | **Office Building Lease dtd 7/1/2003**<br>**Approx. 1,188 sq. ft.**<br>**Expiration: 7/1/2013** |
| **Jinyu Jin Dba The Language Center**<br>**7950 Dublin Blvd., #102**<br>**Dublin, CA 94568** | **Office Building Lease dtd 7/1/2009**<br>**Approx. 641 sq. ft.**<br>**Expiration: 6/30/2010** |
| **Rich & Kathryn Stieg Dba RKS Marketing**<br>**7950 Dublin Blvd., #303**<br>**Dublin, CA 94568** | **Office Building Lease dtd 7/1/2009**<br>**Approx. 337 sq. ft.**<br>**Expiration: 6/30/2011** |
| **Strizzi's Restaurants, Inc.**<br>**Ray Bartolomucci**<br>**7950 Dublin Blvd., Suite 109**<br>**Dublin, CA 94568** | **Office Building Lease dtd 8/1/1998**<br>**Approx. 629 sq. ft.**<br>**Expiration: 2/28/2011** |
| **Aerotech Logistics, Inc.**<br>**Gurinder Singh**<br>**4665 Kingswod Drive**<br>**Danville, CA 94506** | **Office Building Lease dtd 9/1/2005**<br>**Approx. 486 sq. ft.**<br>**Expiration: month-to-month** |
| **Centurion Insurance**<br>**Loren Worm** | **Office Building Lease dtd. 9/1/1993**<br>**Approx. 2,844 sq. ft.** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Almaden Associates, LLC</u>      Case No. _____

       Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **7950 Dublin Blvd., Suite 100 Dublin, CA 94568** | **Expiration: 8/31/2010** |
| **Corrie Development Corporation 7950 Dublin Blvd., Suite 111 Dublin, CA 94568** | **Property Management Agreement 1/1/2006 18120 Bollinger Canyon Rd., San Ramon, CA 94583** |
| **Corrie Development Corporation 7950 Dublin Blvd., Suite 111 Dublin, CA 94568** | **Property Management Agreement 1/1/2006 7950 Dublin Blvd., Dublin, CA 94568** |
| **Stephan & Ulrika Kristofersson 1611 SE 8th Street Ft. Lauderdale, FL 33316** | **Residential lease to 1611 8th Street, Ft. Lauderdale, FL 33316. Lease dated 1/28/10, expiration 1/31/11, at $5,000 per month** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Almaden Associates, LLC</u>                                        Case No. _____
                          Debtor(s)                                                                      (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sidney Corrie, Jr.**<br>**7950 Dublin Blvd. #111**<br>**Dublin, CA  94568** | **The Mechanics Bank**<br>**3107 Hilltop Mall Road**<br>**Richmond, CA  94806**<br><br>**Northern Trust Bank**<br>**1100 East Las Olas Blvd.**<br>**Ft. Lauderdale, FL  33301**<br><br>**1st United Bank**<br>**633 South Federal Highway**<br>**Ft. Lauderdale, FL  33301**<br><br>**Bloch Family Limited Partnership**<br>**C/O Charles Bloch**<br>**30 Town & Country Drive**<br>**Danville, CA  94506**<br><br>**Ace Learning Center, Inc.**<br>**7950 Dublin Blvd. #104**<br>**Dublin, CA  94568**<br><br>**Aerotech Logistics, Inc.**<br>**4665 Kingswod Drive**<br>**Danville, CA  94506**<br><br>**AudioMed., Inc. (John Buswold Dba)**<br>**16037 Valley View Avenue**<br>**Santa Fe Springs, CA  90670**<br><br>**Cal Bay Express**<br>**7950 Dublin Blvd. #206**<br>**Dublin, CA  94568**<br><br>**Cassara's Fine Men's Wear**<br>**7950 Dublin Blvd. #106**<br>**Dublin, CA  94568**<br><br>**Centurion Insurance**<br>**7950 Dublin Blvd., Suite 100**<br>**Dublin, CA  94568**<br><br>**CHRIMS, Inc.**<br>**7950 Dublin Blvd., #216**<br>**Dublin, CA  94568**<br><br>**Downey Chiropractic**<br>**7950 Dublin Blvd., #210**<br>**Dublin, CA  94568**<br><br>**Dr. Leida Stine, D.D.S.**<br>**7950 Dublin Blvd. #101** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Almaden Associates, LLC
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Dublin, CA  94568 |
| | **Great Forest Enterprises, Inc.**<br>7950 Dublin Blvd., Suite 103<br>Dublin, CA  94568 |
| | **ISenshu, LLC**<br>7950 Dublin Blvd., #107<br>Dublin, CA  94568 |
| | **Jinyu Jin Dba The Language Center**<br>7950 Dublin Blvd., #102<br>Dublin, CA  94568 |
| | **Marcie McCourtie dba Chitter Chatter**<br>5552 Walnut Street<br>Dublin, CA  94568 |
| | **No. California Off Track Wagering, Inc.**<br>7950 Dublin Blvd., #214<br>Dublin, CA  94568 |
| | **Norman J. Sinai II**<br>4827 Piper Glen Terrace<br>Dublin, CA  94568-7488 |
| | **PACO Steel & Engineering Corp.**<br>7950 Dublin Blvd., #208<br>Dublin, CA  94568 |
| | **Professional Convergence Solutions, Inc.**<br>7950 Dublin Blvd., #108<br>Dublin, CA  94568 |
| | **Rich & Kathryn Stieg Dba RKS Marketing**<br>7950 Dublin Blvd., #303<br>Dublin, CA  94568 |
| | **The Specific Chiropractic Center**<br>7950 Dublin Blvd., #103b<br>Dublin, CA  94568 |
| | **State Farm Mutual Automobile Insurance**<br>7950 Dublin Blvd., #103a<br>Dublin, CA  94568 |
| | **Strizzi's Restaurants, Inc.**<br>7950 Dublin Blvd., Suite 109<br>Dublin, CA  94568 |
| | **Corrie Development Corporation**<br>7950 Dublin Blvd., Suite 111<br>Dublin, CA  94568 |
| | **The Mechanics Bank**<br>3170 Hilltop Mall Road<br>Richmond, CA  94806 |
| | **You Ding And Amy Huang** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Almaden Associates, LLC</u>      Case No. _____

           Debtor(s)                                                               (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | **Farmers Insurance**<br>**227 S. Vera Cruz Blvd.**<br>**Mountain House, CA 95391**<br><br>**The Mechanics Bank**<br>**3170 Hilltop Mall Road**<br>**Richmond, CA 94806** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Almaden Associates, LLC</u>                    Case No. _____
         <span style="font-size:smaller">Debtor(s)</span>                                    <span style="font-size:smaller">(If known)</span>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                    <span style="font-size:smaller">Debtor</span>

Date: _____        Signature: _____
                                                                    <span style="font-size:smaller">(Joint Debtor, if any)</span>
                                                    **[If joint case, both spouses must sign.]**

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____        _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Almaden Associates, LLC** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 24, 2010**         Signature: ***/s/ Sidney Corrie, Jr.***

                         **Sidney Corrie, Jr.**
                                        <span style="font-size:smaller">(Print or type name of individual signing on behalf of debtor)</span>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

<span style="font-size:smaller">*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.</span>

<span style="writing-mode:vertical">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

# United States Bankruptcy Court
# Northern District of California

IN RE:                       Case No. _____

**Almaden Associates, LLC** _____ Chapter **11** _____

                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 409,182.00 | **2008 Rental Income** |
| 612,302.00 | **2009 Rental Income** |
| 71,837.00 | **2010 Rental Income through 2/22/2010** |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐   preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Corrie Development Corporation**<br>**7950 Dublin Blvd., Suite 111**<br>**Dublin, CA  94568**<br><br>**Management fees** | **12/1/09; 1/4/10; 2/1/10**<br>**$3,000 per transfer** | **9,000.00** | **1,181,369.00** |
| **Private Client Group**<br>**P.O. Box 601148**<br>**Los Angeles, CA  90060**<br><br>**Insurance services** | **12/1/2009 - $5093.70; 12/2/2009 -**<br>**$484.75; 1/11/2010 - $4496.25** | **10,074.70** | **0.00** |
| **PG&E**<br>**Box 997300**<br>**Sacramento, CA  95899** | **12/2/2009 - $2344.95; 1/4/2009 -**<br>**$3503.04; 2/1/2010 - $3667.01** | **9,515.00** | **0.00** |
| **Bloch Family Limited Partnership**<br>**C/O Charles Bloch**<br>**30 Town & Country Drive**<br>**Danville, CA  94506**<br><br>**Mortgage payments** | **12/10/09; 1/8/10; 2/9/10**<br>**$2,916.67 each transfer** | **8,750.01** | **350,000.00** |
| **1st United Bank**<br>**1700 Palm Beach Lakes Blvd. #650**<br>**West Palm Beach, FL  33401**<br><br>**Mortgage payments** | **11/12/09 - $4242.27; 12/21/09 -**<br>**$8,122.58; 1/13/10 - $8,393.33** | **20,758.18** | **1,625,000.00** |
| **Deloitte Tax, LLP**<br>**50 Fremont Street**<br>**San Francisco, CA  94105**<br><br>**Accounting services** | **12/21/09** | **10,500.00** | **0.00** |

None   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☐   who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **River Island Farms, Inc.**<br>**7950 Dublin Blvd., Suite 111**<br>**Dublin, CA  94568**<br>**sister co. w/common ownership** | **8/24/09** | **20,000.00** | **141,500.00** |
| **Corrie Development Corporation**<br>**7950 Dublin Blvd., Suite 111**<br>**Dublin, CA  94568**<br>**minority member of LLC (Debtor)**<br><br>**Repayment of advances** | **5/15/09-$330,000; 6/2/09-$10,000;**<br>**6/25/09-$7500; 7/28/09-$5000;**<br>**8/11/09-$10,000; 9/3/09-$6000;**<br>**9/8/09-$5000; 10/16/09-$7500;**<br>**10/28/09-$5000** | **386,000.00** | **1,183,369.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐   bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Northern Trust Bank of Florida**<br>**vs. Almaden Associates, LLC**<br>**Case No. 09052267** | **Foreclosure** | **17th Judicial Circuit Ct., Broward**<br>**County, FL** | **Pending** |
| **The Mechanics Bank vs.**<br>**Almaden Associates, LLC** | **other real property/quiet title** | **Contra Costa County Superior**<br>**Court, Martinez, CA** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Joel K. Belway<br>235 Montgomery Street, Suite 668<br>San Francisco, CA 94104 | 2/19/10 | 25,000.00 |

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Peter Klein, CFO** | **2008 - 2/22/2010** |
| **Corrie Development Corp.** | |
| **7950 Dublin Blvd. #111** | |
| **Dublin, CA  94568** | |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Peter Klein, CFO** | **2008 - 2/22/2010** |
| **Corrie Development Corp.** | |
| **7950 Dublin Blvd. #111** | |
| **Dublin, CA  94568** | |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **Peter Klein, CFO** | **2008 - 2/22/2010** |
| **Corrie Development Corp.** | |
| **7950 Dublin Blvd. #111** | |
| **Dublin, CA  94568** | |

None ☐  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **1st United Bank** | **12/31/2007 & 12/31/2008** |
| **633 South Federal Highway** | |
| **Ft. Lauderdale, FL  33301** | |
| **The Mechanics Bank** | **12/31/2007 & 12/31/2008** |
| **1333 N. California Blvd., Suite 600** | |
| **Walnut Creek, CA  94596** | |
| **Northern Trust Bank** | **12/31/2007 & 12/31/2008** |
| **1100 East Las Olas Blvd.** | |
| **Ft. Lauderdale, FL  33301** | |

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Sidney Corrie, Jr.** | **Managing Member** | **98.570000** |
| **7950 Dublin Blvd. #111** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Dublin, CA  94568

**Corrie Development Corporation**          **Member**                    1.430000
7950 Dublin Blvd., Suite 111
Dublin, CA  94568

---

☑ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

☑ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

---

☑ None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

☐ None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sidney Corrie, Jr.**<br>**7950 Dublin Blvd. #111**<br>**Dublin, CA  94568**<br>**Managing Member** | **4/14/09-$6000; 9/11/09-$3000;**<br>**9/15/09-$3000; 10/1/09-$10,000;**<br>**10/14/09-$10,000;**<br>**11/16/09-$15,000; 1/8/10-$6000;**<br>**1/25/10-$5000; 1/29/10-$10,000;**<br>**2/10/10-$15,000** | **$83,000.00** |

---

**24. Tax Consolidation Group**

☑ None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

☑ None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 24, 2010**          Signature: ***/s/ Sidney Corrie, Jr.***

**Sidney Corrie, Jr., Manager**
<div align="right">Print Name and Title</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only