Entered on Docket
July 18, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 18, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

JOEL K. BELWAY [60556]
THE LAW OFFICE OF JOEL K. BELWAY
Professional Corporation
235 Montgomery St., Suite 668
San Francisco, CA 94104
Telephone: (415) 788-1702
Facsimile: (415) 788-1517

*Attorney for Debtor and
Debtor in Possession
ALMADEN ASSOCIATES, LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALMADEN ASSOCIATES, LLC,<br><br>Federal ID No. 94-3266900<br><br>Debtor. | Case No. 10-41903<br><br>Chapter 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR (1) RETURNING AND FILING BALLOTS, (2) FILING OBJECTIONS TO CONFIRMATION, AND (3) HEARING ON CONFIRMATION OF CHAPTER 11 PLAN** |

An Amended Combined Plan of Reorganization and Disclosure Statement Under Chapter 11 of the Bankruptcy Code having been filed herein by the debtor Almaden Associates, LLC, ("Debtor") on June 9, 2011, and the debtor having filed a Amended Combined Plan of Reorganization ("Plan of Reorganization") and Disclosure Statement Under Chapter 11 of the Bankruptcy Code ("Disclosure Statement") as Modified dated June 30, 2011, entered in the docket of the Bankruptcy Court on July 1, 2011, and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information:

**IT IS ORDERED**, and notice is hereby given, that:

**A. Approval of Disclosure Statement**

1. The Disclosure Statement is approved.

**B. Confirmation Hearing and Objections**

1. On September 1, 2011, at 2:30 p.m., in Courtroom 215, before the Honorable Edward D. Jellen, United States Bankruptcy Court, 1300 Clay Street, Oakland, California, a hearing will be held on the confirmation of the Debtor's Plan of Reorganization.

2. August 25, 2011 is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written objections to confirmation of the Debtor's Plan of Reorganization.

**C. Notice and Solicitation Procedures**

1. The Debtor through its counsel shall within seven (7) days after entry of this order timely transmit by mail to all creditors and parties in interest, a solicitation package consisting of (1) this Order, (2) a ballot substantially conforming to Official Bankruptcy Form No. 14, and (3) the Disclosure Statement and Plan of Reorganization.

**D. Voting Procedures**

1.  August 25, 2011 is fixed as the deadline by which creditors must vote to accept or reject the Plan. Ballots must be received by the Debtor's counsel by mail, facsimile or email no later than 5:00 p.m. on that date to be counted. Debtor's counsel is:

>  Joel K. Belway
>  THE LAW OFFICE OF JOEL K. BELWAY
>  Professional Corporation
>  235 Montgomery Street, Suite 668
>  San Francisco, CA 94104
>  Telephone: (415) 788-1702
>  Facsimile: (415) 788-1517
>  Email: belwaypc@pacbell.net

2.  Debtor's counsel shall file a Ballot Summary on or before August 29, 2011.

****END OF ORDER****

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Lynette Kelly, Esq. |
| 3 | Office of the U.S. Trustee<br>1301 Clay Street #690N<br>Oakland, CA 94612 |
| 4 | |
| 5 | John P. Christian, Esq.<br>Tobin & Tobin |
| 6 | 500 Sansome Street, 8th Floor<br>San Francisco, CA 94111 |
| 7 | Robert B. Kaplan, Esq. |
| 8 | Jeffers Mangel Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, California 94111 |