JOEL K. BELWAY [60556]
THE LAW OFFICE OF JOEL K. BELWAY
Professional Corporation
235 Montgomery St., Suite 668
San Francisco, CA 94104
Telephone: (415) 788-1702
Facsimile: (415) 788-1517

*Attorney for Debtor and*
*Debtor in Possession*
ALMADEN ASSOCIATES, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALMADEN ASSOCIATES, LLC,<br><br>Federal ID No. 94-3266900<br><br>Debtor. | Case No. 10-41903<br><br>Chapter 11<br><br>**ERRATUM TO AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED (June 30, 2011)** |

Debtor and debtor-in-possession, ALMADEN ASSOCIATES, LLC ("Debtor"), submits this Erratum to Amended Combined Plan of Reorganization and Disclosure Statement Under Chapter 11 of the Bankruptcy Code, as Modified (June 30, 2011). Specifically, at Page 21, Line 14, the reference to Class 9 should be to Class 13.

Dated: July 27, 2011      /s/ Joel K. Belway
                          JOEL K. BELWAY
                          *Attorney for Debtor*