JEFFER MANGELS BUTLER &
 MITCHELL LLP
ROBERT B. KAPLAN, ESQ. (Bar No. 76950)
NICOLAS DE LANCIE, ESQ. (Bar. No. 84934)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584
e-mail:     rbk@jmbm.com
            nde@jmbm.com

Attorneys for Secured Creditor
MECHANICS BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ALMADEN ASSOCIATES, LLC,<br><br>             Debtor. | Case No. 10-41903<br><br>Chapter 11<br><br>Confirmation Hearing:<br><br>September 1, 2011<br>10:00 a.m.<br>Honorable Edward D. Jellen<br>Courtroom 215<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

**FORMS OF
MECHANICS BANK CORE RESTRUCTURED LOAN
DOCUMENTS UNDER DEBTOR'S AMENDED COMBINED
PLAN OF REORGANIZATION AND DISCLOSURE
STATEMENT UNDER CHAPTER 11 OF THE BANKRUPTCY
CODE AS MODIFIED, DATED JUNE 30, 2011**

MECHANICS BANK (the **"Bank"**), a secured creditor in the above-captioned Chapter 11 case (the **"Case"**), wherein ALMADEN ASSOCIATES, LLC, is the debtor (the **"Debtor"**), herewith respectfully submits the draft forms of the Mechanics Bank Core Restructured Loan Documents as defined in and contemplated by the Debtor's Amended

Combined Plan of Reorganization and Disclosure Statement under Chapter 11 of the Bankruptcy Code as Modified, dated June 30, 2011, filed in the Case by the Debtor on July 1, 2011 [Docket No. 115], which are attached hereto, collectively, as **Exhibit A**.

These draft forms remain subject to the review and approval of, and finalization by, the Debtor and the Bank.

Dated: August 30, 2011.   JEFFER MANGELS BUTLER & MITCHELL LLP

By: _/s/ Nicolas De Lancie_
Nicolas De Lancie

Attorneys for Secured Creditor
MECHANICS BANK